■ In the Matter of ATTORNEYS IN VIOLATION OF JUDICIARY LAW § 468-A. PAMELA FRAN STURIM, Admitted in 1988, at a Term of the Appellate Division, Second Department. [757 NYS2d 840] —Respondent reinstated as an attorney and counselor-at-law in the State of New York, effective the date hereof. No opinion. [See 257 AD2d 127.] Concur—Nardelli, J.P., Mazzarelli, Saxe, Ellerin and Williams, JJ.

■ In the Matter of ATTORNEYS IN VIOLATION OF JUDICIARY LAW § 468-A. A. ELIZABETH DAVIDSON, Admitted on August 25, 1986, at a Term of the Appellate Division, First Department. [757 NYS2d 840] —Respondent reinstated as an attorney and counselor-at-law in the State of New York, effective the date hereof. No opinion. [See 240 AD2d 106.] Concur—Nardelli, J.P., Mazzarelli, Saxe, Ellerin and Williams, JJ.

■ In the Matter of ROBERT EARL DIZAK, a Suspended Attorney. [757 NYS2d 840] —Reinstatement denied. No opinion. Concur—Nardelli, J.P., Tom, Andrias, Saxe and Buckley, JJ.